CLINTON M. BALL, Respondent, *v.* JOHN B. TIBBITS, Appellant.

*Ball* v. *Tibbits,* 9 App. Div. 622, affirmed.
(Argued March 8, 1899; decided March 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 8, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*R. A. Parmenter* for appellant.

*Nelson Davenport* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

DAVID J. KING et al., Executors of EDWARD J. KING, Deceased, Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

*King* v. *Metropolitan El. R. Co.,* 87 Hun, 623, affirmed.
(Argued March 8, 1899; decided March 24, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered June 27, 1895, upon an order affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Arthur O. Townsend, Julien T. Davies* and *Charles A. Gardiner* for appellants.

*J. Archibald Murray* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.